



## MEMORANDUM OPINION

No. 04-12-00185-CV

**IN RE** Abraham H. **DIAZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
              Phylis J. Speedlin, Justice
              Steven C. Hilbig, Justice

Delivered and Filed:  April 4, 2012

PETITION FOR WRIT OF MANDAMUS DENIED

On March 27, 2012, relator filed a petition for writ of mandamus. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding is brought pursuant to section 273.061 of the Texas Election Code. *See* TEX. ELEC. CODE ANN. § 273.061 (West 2010). The respondent is Sergio Mora, Chairman of the Webb County Democratic Party.